SEP 22 PM 3:56



IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INFORMATION |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO. 5:06M 8012 |
| v. | ) | |
| | ) | Title 18, United States Code, |
| JOHN M. SPOERNDLE, | ) | Sections 1030(a)(5)(A)(iii) |
| | ) | |
| Defendant. | ) | MAG. JUDGE GALLAS |
| | ) | |

The United States Attorney charges:

1. At all times material to this Information, Merrick Graphics, Inc., was a corporation organized and existing under the laws of the State of Ohio, with its principal place of business situated in Wadsworth, Ohio.

2. At all times material to this Information, the defendant, JOHN M. SPORENDLE, was the owner/operator of P.C. Consultants of Wadsworth, Inc., a computer consulting firm providing services to the public.

3. On or about February 24, 2006, in the Northern District of Ohio, Eastern Division, the defendant, JOHN M. SPOERNDLE, did intentionally access a protected computer without authorization, and as a result, caused damage to said computer system amounting to $5,000.00 or more, in violation of Title 18, United States Code. Section 1030(a)(5)(A)(iii).

4. Prior to February 24, 2006, the defendant, JOHN M. SPOERNDLE, and P.C. Consultants of Wadsworth, Inc., had an on-going business relationship with Merrick Graphics of Wadsworth, to perform various services in connection with the operation and maintenance of Merrick Graphics' computer system.

5. Differences arose between the parties concerning the business relationship, however, and on or about February 24, 2006, Merrick Graphics changed the password on the administrator account previously utilized by the defendant, JOHN M. SPOERNDLE, to access the Merrick Graphics' computer system.

6. After the password was changed by Merrick Graphics personnel, the defendant, JOHN M. SPOERNDLE, attempted to access the Merrick Graphics computer system on or about February 24, 2006, using passwords previously issued to other employees of P.C. Consultants of Wadsworth, Inc., and ultimately found a password which was unprotected, thereby gaining access to Merrick Graphics' computer system.

7. Upon accessing Merrick Graphics' computer system without authorization on February 24, 2006, the defendant, JOHN M. SPOERNDLE, proceeded to disable the administrator's log-in function by changing the administrator's password on Merrick Graphics' computer, thereby effectively preventing employees of Merrick Graphics from logging into the system and administrating the system.

8. After being contacted by officers from the Wadsworth Police Department approximately six hours later, the defendant, JOHN M. SPOERNDLE, logged back into the Merrick Graphics computer and changed the administrator's password, thereby reinstating Merrick Graphics' ability to access its computer system.

9. As a result, Merrick Graphics incurred expenses and suffered losses in excess of $5,000.00, including employee time costs and outside consultant expenses to examine and inspect the Merrick Graphics computer system for potential disruption or damage to data or other system contents.

All in violation of Title 18, United States Code, Section 1030(a)(5)(A)(iii).

CRAIG S. MORFORD
ACTING UNITED STATES ATTORNEY