IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 5:06MJ8012 |
| | ) | |
| Plaintiff, | ) | Judge |
| | ) | |
| vs. | ) | |
| | ) | |
| John M. Spoerndle, | ) | |
| | ) | |
| Defendant. | ) | |

JUDGMENT SATISFACTION

The judgment in the above-entitled case having been paid or otherwise settled through compromise, the Clerk of the United States District Court for the Northern District of Ohio is hereby authorized and empowered to satisfy and cancel said judgment of record.

                              GREGORY A. WHITE
                              UNITED STATES ATTORNEY


                              By: /s/Alex A. Rokakis
                                  ALEX A. ROKAKIS #0029078
                                  Assistant U. S. Attorney
                                  Phone: (216) 622-3673
                                  E-Mail: Alex.Rokakis@usdoj.gov
                                  FAX: (216) 522-4542